

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00077-CV

_____


LINDA GALE HURLEY, Appellant

V.

LOWELL CABLE, MARY CABLE, AND DAY CABLE,
D/B/A THE REILLY SPRINGS LAND COMPANY PARTNERSHIP, Appellees


On Appeal from the 62nd Judicial District Court
Hopkins County, Texas
Trial Court No. CV35867


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Linda Gale Hurley, appellant, filed her notice of appeal August 18, 2009.

The clerk's record was filed September 18, 2009, and the reporter's record was filed October 14, 2009. Hurley's brief was therefore due November 13, 2009. When neither a brief nor a motion to extend time for filing the same had been filed by December 14, 2009, we contacted Hurley by letter and informed her that if a brief had not been filed by December 29, 2009, the appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Hurley. Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.


Bailey C. Moseley
Justice

Date Submitted:     January 27, 2010
Date Decided:      January 28, 2010